**FILED**

**JUDGMENT ENTERED**

_____**May 18, 2007**_____
Date
by \_\_G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

\_\_**XX**\_\_\_  FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

BOARD OF TRUSTEES OF IBEW
LOCAL UNION NO. 100, etc.,

    Plaintiff,

vs.

SERVI-TECH CONTROLS, INC,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-00857 OWW DLB

    Pursuant to the Offer of Judgment and Notice of Acceptance of Offer of Judgment filed in the case.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Board of Trustees of IBEW Local Union No. 100, etc., and against Servi-Tech Controls, Inc., as follows:

    1)    Fringe benefit contributions in the amount of $120,000.00;

    2)    Interest per the collective bargaining agreement and the applicable trust agreements to the extent permitted by law;

    3)    Liquidated damages per the applicable trust agreements to the extent permitted by applicable law; and

    4)    Reasonable costs and attorneys fees incurred by

```
            Plaintiff Trust Funds to date, as determined and
            approved by the Court.

DATED:

                                        VICTORIA C. MINOR, Clerk

                                        /S/ Greg Lucas
                              By:
                                            Deputy Clerk
jgm.civ
2/1/95
```