LAW OFFICES OF
BENNETT & SHARPE, INC.
A Professional Corporation
Barry J. Bennett 69697
Thomas M. Sharpe 109417
Robert D. Hoppe 59520
2444 Main Street, Suite 110
Fresno, California 93721
Telephone: (559) 485-0120
Facsimile:  (559) 485-5823
email address: mnbennettlaw@sbcglobal.net

Attorneys for Plaintiffs Board of Trustees of IBEW
Local Union No. 100 Pension Trust Fund, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>       Plaintiffs,<br><br>  vs.<br><br>SERVI-TECH CONTROLS, INC., a California corporation,<br><br>       Defendant.<br>_____/ | Case No. 1:06-CV-00857-OWW-DLB<br><br>STIPULATION RE REASONABLE ATTORNEY'S FEES |

STIPULATION RE REASONABLE ATTORNEY'S FEES

This Stipulation Re Reasonable Attorney's Fees, is made and entered into by and among ,

1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Board Of Trustees of IBEW Local Union No. 100 Pension Trust Fund, IBEW Local Union No. 100 Health And Welfare Trust Fund, Joint Electrical Industry Training Trust Fund, National Electrical Benefit Fund, IBEW Local Union No. 100 Vacation Fund And Board of Trustees of The IBEW District No. 9 Pension Plan Trust Fund, by and through their counsel of record, and Defendant Servi-Tech Controls, Inc., a California Corporation, by and through its counsel of record. This Stipulation is intended to fully, finally and forever resolve, discharge and settle Defendant's obligation and liability for Plaintiffs' reasonable attorney's fees incurred in connection with this matter upon and subject to the terms and conditions set forth here in below.

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant, by and through their respective counsel of record, as follows;

1. The reasonable attorney's fees in this matter expended by Plaintiffs, collectively, were and are $36,000.00.

2. The sum of $36,000.00, as described in the paragraph above, shall be deemed, for all purposes, the "reasonable attorneys fees" referred to in the Judgment in this case entered by the Court on May 18, 2007.

Dated: August ___, 2007                BENNETT & SHARPE, INC.
                                       A Professional Corporation


                                       By: _____
                                           Thomas M. Sharpe
                                           Attorneys for Plaintiffs




Dated: August ___, 2007                LITTLER MENDELSON
                                       A Professional Corporation

2

PDF created with pdfFactory trial version www.pdffactory.com

                                                    By: _____
                                                          Spencer H. Hipp
                                                          Attorneys for Defendant

IT IS SO ORDERED

Dated   August 14, 2007                            _/s/ Oliver W. Wanger_____
                                                       UNITED STATED DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com